

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00465-CV

**AMMONITE OIL AND GAS CORPORATION,**
Appellant

v.

**RAILROAD COMMISSION OF TEXAS** and EOG Resources, Inc.,
Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-18-0003-CV-A
Honorable Janna Whatley, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the district court's order signed on June 22, 2020 is AFFIRMED. It is ORDERED that appellant Ammonite Oil and Gas Corporation pay the costs of appeal incurred by appellee EOG Resources, Inc.

SIGNED October 27, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice